UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN MATA,

Plaintiff,

-v-

CF E 86, LLC, *et al.*,

Defendants.

25-CV-10277 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants' Notice of Removal fails to include all the information required by Local Civil Rule 81.1(2) to ensure that this Court has subject matter jurisdiction under 28 U.S.C. § 1332. Specifically, the Notice of Removal does not state the citizenship of each member of the LLC Defendants, which is determined by the citizenship of each LLC's members. *See Agoliati v. Block 865 Lot 300 LLC*, No. 22-51, 2023 WL 405769, at *2 (2d Cir. Jan. 26, 2023).

Defendants shall, on or before December 30, 2025, state the citizenship of each member of the LLC Defendants. Defendants are also directed to correct the filing error in their Notice of Removal.

SO ORDERED.

Dated: December 16, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge